# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **EMPLOYERS INSURANCE COMPANY OF WAUSAU,** | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | EP-24-CV-00197-DCG |
| **PROTECH ROOFING SYSTEMS, LLC,** | § § § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE

Pursuant to the parties' "Joint Stipulation of Dismissal with Prejudice" (ECF No. 15), the Court **DISMISSES** the above-captioned case **WITH PREJUDICE.** Each party shall bear its attorney's fees own costs.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 6th day of February 2025.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE